UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISHA POOL** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NUMBER: |
| **VERSUS** | * | |
| | * | DIVISION " " SECTION |
| **THE UNITED STATES OF AMERICA** | * | |
| Defendant | * | JUDGE: |
| ***************************************** | | MAGISTRATE JUDGE: |

### PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, **CHRISHA POOL**, a citizen of the State of Louisiana, respectfully files this Complaint against the United States of America under the Federal Tort Claims Act, 28 U.S.C. §2671-2680 for personal injuries caused by the negligence of officers/employees of the United States of America.

### PARTIES

1.

**CHRISHA POOL**, a resident and citizen of the State of Louisiana, plaintiff.

The **UNITED STATES OF AMERICA**, defendant.

### JURISDICTION AND VENUE

2.

This Court has jurisdiction under 28 USC §1346(b).

Venue is proper in this Court under 28 U.S.C. §1402(b) because plaintiff is a resident of the Parish of St. Charles, State of Louisiana, encompassed within the Eastern District; and also

because the act or omission at issue occurred in the Eastern District of Louisiana, specifically in St. Charles Parish.

## CONDITIONS PRECEDENT

3.

Plaintiff timely presented her claim in writing to the United States Postal Service. Plaintiff submitted an SF 95 by certified mail to the United States Postal Service, which the United States Postal Service received. The United States Postal Service denied plaintiff's claim on February 9, 2016.

## FACTS

4.

On or about the 9th day of July, 2013, a traffic accident occurred on U.S. Highway 61, Airline Highway, near LA Highway 50, when Robert William Fullerton, II, an employee of the United States Postal Service, acting in the course and scope of his employment as a federal employee and operating a United States Postal Service vehicle, upon entering said roadway from the shoulder, suddenly and without warning impacted with the vehicle owned by EAN Holdings, L.L.C. and operated by plaintiff, **CHRISHA POOL**. The accident caused personal injuries to plaintiff.

## COUNT 1 – FEDERAL TORT CLAIMS ACT

5.

The aforesaid act by Robert William Fullerton, II was negligent. Robert William Fullerton, II was an employee of the United States Postal Service, and was acting within the course and scope of his office or employment as an employee of the United States Postal Service, and had a duty to exercise ordinary care and operate the motor vehicle reasonably and prudently. Under Louisiana

law, a private person would be liable to plaintiff for this act or omission. Under 28 USC §1346(b), defendant, the **UNITED STATES OF AMERICA**, is liable to plaintiff for property damages and personal injuries as described below.

## DAMAGES

6.

As a direct and proximate result of defendant's negligence, plaintiff suffered the following injuries and damages:

a) Physical pain and mental anguish in the past and future;

b) Medical expenses in the past and future;

c) Physical impairment in the past and future; and,

d) Loss of consortium in the past and future.

## PRAYER

7.

For these reasons, plaintiff asks for a Judgment against defendant for:

a) An amount for damages to be determined by the jury at time of trial hereof;

b) Past and future medical expenses;

c) Past and future loss of consortium;

d) Past and future loss of enjoyment of life;

e) Past and future general damages;

f) All other forms of damages allowed by law;

g) Costs of suit;

h) Post-Judgment interst; and,

i) All other relief the Court deems appropriate.

Plaintiff further prays for all general and equitable relief as the nature of this case may permit.

Respectfully submitted:

THE KEATING LAW FIRM, LLC

/s/ D. Patrick Keating
D. Patrick Keating (#27825)
Julie-Ann Duhe-Keating (#28343)
Amanda B. Rizzo (#27728)
3714 Airline Drive
Metairie, LA 70001
Telephone: (504) 832-2232
Facsimile: (888) 532-0856


THE KING LAW FIRM, LLC
Jason Giles, (#29211)
Brian King, (#24817)
2912 Canal Street, 2nd Floor
New Orleans, Louisiana 70119
Telephone: (504) 909-5464
Telecopy: (800) 901-6470